FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHASE, et al., | ) NO. CV 07-3405-JVS(E) |
| Plaintiffs, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| GENERAL GROWTH PROPERTY CORP., et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiffs.

DATED: _____2.28_____, 2008.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE