FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN CHASE, et al.,              )   NO. CV 07-3405-JVS(E)
                                 )
           Plaintiffs,           )
                                 )
      v.                         )   JUDGMENT
                                 )
GENERAL GROWTH PROPERTY,         )
CORP., et al.,                   )
                                 )
           Defendants.           )
_____)

   IT IS ADJUDGED that the action is dismissed without prejudice.

          DATED: _____2-28_____, 2008.

                              _____
                                     JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE